# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN JOHN LEE, | Case No. 1:14-cv-01637-SKO |
| Plaintiff, | **ORDER TRANSFERRING CASE TO U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION** |
| v. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

Plaintiff Kevin John Lee ("Plaintiff") seeks judicial review of a decision of the Commissioner of Social Security denying a disability application pursuant to the Social Security Act. Plaintiff resides in Concord, California, which is located within the region served by the U.S. District Court for the Northern District of California, Oakland Division.

Federal law is clear on the issue of venue -- the claimant must file suit in the judicial district where he or she resides, or has a principal place of business. 42 U.S.C. § 405(g). If the claimant files in the wrong district, the Court may transfer venue to the proper district. *Id*. Here, Plaintiff's complaint and civil cover sheet indicate he currently resides in Concord, California, which is not located within the geographic boarders of the U.S. District Court for the Eastern District of California.

1  The court may transfer a civil action to any other district or division of a district for the
2 convenience of the parties and witnesses and in the interest of justice where the case might have
3 been brought. 42 U.S.C. § 1404.   Thus, this matter shall be transferred to the U.S. District Court
4 for the Northern District of California, Oakland Division.

5  Accordingly, IT IS HEREBY ORDERED that:

6  1. This case be transferred to the U.S. District Court for the Northern District of
7     California, Oakland Division; and
8  2. The Clerk of Court is directed to administratively close this case.

IT IS SO ORDERED.

Dated:   **October 23, 2014**                    **/s/ Sheila K. Oberto**
                                                 UNITED STATES MAGISTRATE JUDGE